1  Robert C. Niesley, Bar No. 131373
   rniesley@wthf.com
2  Kirsten A. Roe, Bar No. 222513
   kroe@wthf.com
3  Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
   2040 Main Street, Suite 300
4  Irvine, CA  92614
   Telephone:  949-852-6700
5  Facsimile:   949-261-0771

6  Attorneys for Plaintiff
   TRAVELERS CASUALTY & SURETY
7  COMPANY OF AMERICA

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | Case No.  CV SACV 06-0294-CJC (ANx) |
|---|---|
| Plaintiff, | **[PROPOSED]** JUDGMENT |
| v. | |
| DIAMOND ELECTRIC AND INSTRUMENTATION, INC., a California corporation; BARRY B. NANNIE, an individual; LOUISE M. NANNIE, an individual; DOUGLAS L. MCDERMOTT, an individual; and DOES 1 through 25, | |
| Defendants. | |

PURSUANT TO COURT'S ORDER APPROVING THE STIPULATED JUDGMENT AND CONSENT DECREE FILED BY THE PARTIES, INCLUDING CONFESSIONS OF JUDGMENT BY THE DEFENDANTS HEREIN, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

FINAL JUDGMENT is hereby entered in favor of Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA against all Defendants, DIAMOND ELECTRIC AND INSTRUMENTATION, INC., a California corporation, BARRY B. NANNIE, an individual, LOUISE M. NANNIE, an

1 individual, and DOUGLAS L. MCDERMOTT, an individual (collectively, "Defendants"), jointly and severally, in the principal sum of Eight Hundred Twenty Thousand, One Hundred Seventeen Dollars and Sixty-Six Cents ($820,117.66), plus post-judgment interest calculated from December 10, 2008, at the applicable Federal rate pursuant to 28 U.S.C. § 1961; and

IT IS FURTHER ORDERED that this Judgment shall not become effective until December 10, 2008, and Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA shall be stayed from perfecting or enforcing this Judgment until on or after December 10, 2008, including that no Abstract of Judgment based upon this Judgment shall issue by this Court until on or after December 10, 2008; and

IT IS FURTHER ORDERED that nothing herein shall alter the rights of the Parties under the Court's Order Approving the Stipulated Judgment and Consent Decree, the terms of the Stipulated Judgment and Consent Decree, and that certain Settlement Agreement and Mutual Release dated June 25, 2008 executed by them relating to the above-referenced action.

**IT IS SO ORDERED.**

Dated: August 28, 2008

_____
Honorable Cormac J. Carney
United States District Court Judge